Andrew H. Woo, Bar No. 261120
awoo@littler.com
Michael L. Kibbe, Bar No. 302137
mkibbe@littler.com
Zoe Y. J. Monty-Montalvo, Bar No. 352595
zmontymontalvo@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, California 93704.2225
Telephone: 559.244.7500
Fax No.: 559.244.7525

Attorneys for Defendant
TARGET CORPORATION

JILL P. TELFER, State Bar No. 145450
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
980 9th Street Suite 2550
Sacramento, California 95814
Telephone: (916) 446-1916
Facsimile: (916) 446-1726
E-mail: jtelfer@telferlaw.com

Attorney for Plaintiff
**BYRON SCHEAFER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON SCHEAFER,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:24−CV−00651−DC−SCR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCOVERY CUT OFF DEADLINE**<br><br>District Judge: Dena M. Coggins<br>Magistrate Judge Sean C. Riordan<br><br>Trial Date: March 16, 2026<br>Complaint Filed: February 29, 2024 |

JOINT STIP. AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCOVERY CUT OFF DEADLINE

**Error! Unknown document property name.**
**Error! Unknown document property name.**

CASE NO. 2:24-CV-00651-DC-SCR

# STIPULATION

Plaintiff Byron Scheafer ("Scheafer") and Defendant Target Corporation ("Defendant") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate and agree to the following:

**WHEREAS,** on May 9, 2024, the Court issued a Scheduling Order [DOC. 14] which ordered that all expert discovery be completed no later than July 4, 2025;

**WHEREAS,** the Parties have met and conferred regarding mutually agreeable dates to schedule expert witness depositions;

**WHEREAS,** the Parties were unable to reach mutually agreeable dates to schedule Defendant's expert witness deposition prior to the July 4, 2025 expert discovery deadline;

**WHEREAS,** Defendant offered its expert witness Erik Volk for a deposition for two (2) alternative dates in June however Plaintiff's Counsel was unable to accommodate the dates offered; therefore, Mr. Volk will be made available for a remote deposition to occur on July 7, 2025;

**WHEREAS,** pursuant to the Parties' agreement to jointly stipulate to extend the expert discovery cutoff deadline for fourteen (14) days to July 18, 2025.

*[SIGNATURES ON FOLLOWING PAGE]*

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

JOINT STIP. AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCOVERY CUT OFF DEADLINE

2

CASE NO. 2:24-CV-00651-DC-SCR

**Error! Unknown document property name.**
**Error! Unknown document property name.**

**IT IS SO STIPULATED.**

Dated: June 9, 2025					LAW OFFICES OF JILL P. TELFER

_____
Jill P. Telfer

Attorneys for Plaintiff
BYRON SCHEAFER

Dated: June 9, 2025					LITTLER MENDELSON, P.C.

_____
Andrew H. Woo
Michael L. Kibbe
Zoe Y. J. Monty-Montalvo

Attorneys for Defendant
TARGET CORPORATION

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

JOINT STIP. AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCOVERY CUT OFF DEADLINE    3    CASE NO. 2:24-CV-00651-DC-SCR

**Error! Unknown document property name.**
**Error! Unknown document property name.**

**[~~PROPOSED~~ ORDER]**

Pursuant to the foregoing Stipulation, IT IS SO ORDERED.

Dated: June 9, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

JOINT STIP. AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCOVERY CUT OFF DEADLINE   4   CASE NO. 2:24-CV-00651-DC-SCR

**Error! Unknown document property name.**
**Error! Unknown document property name.**

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500