JILL P. TELFER, State Bar No. 145450
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
980 9th Street, Suite 2550
Sacramento, California 95814
Telephone:  (916) 446-1916
Facsimile:  (916) 446-1726
E-mail:     jtelfer@telferlaw.com

Attorneys for Plaintiff
BYRON SCHEAFER

Michael L. Kibbe, Bar No. 302137
mkibbe@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612.2535
Telephone:  949.705.3000
Fax No.:     949.724.1201

Caroline M. Lutz, Bar No. 274836
clutz@littler.com
Zoe Y. J. Monty-Montalvo, Bar No. 352595
zmontymontalvo@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, California  93704.2225
Telephone:  559.244.7500
Fax No.:     559.244.7525

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON SCHEAFER,<br><br>                    Plaintiff,<br><br>          v.<br><br>TARGET CORPORATION, and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No. 2:24−CV−00651−DC−SCR<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE ON JUNE 30, 2026**<br><br>Settlement Conference<br>Date: June 30, 2026<br>Time: 10:00 a.m.<br>Judge: Magistrate Jeremy D. Peterson<br>Trial: TBD<br>Complaint: February 29, 2024 |

LITTLER
MENDELSON, P.C.
5200 North Palm
Avenue
Suite 302
Fresno, CA
93704.2225
559.244.7500

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE ON JUNE 30, 2026
**Error! Unknown document property name.**

1          CASE NO. 2:24-CV-00651-DC-SCR

### [PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE ON JUNE 30, 2026

Pursuant to Plaintiff BYRON SCHEAFER and Defendant TARGET CORPORATION's, ("collectively referred to as "the Parties"), Joint Stipulation to Continue the Settlement Conference on June 30, 2026 (the "Request") to October 21, 2026, at 10:00 a.m. pacific standard time (Dkt. No. _), and good cause appearing, the Honorable Court GRANTS the Parties' Request and will continue the Settlement Conference set to occur on June 30, 2026, at 10:00 a.m. pacific standard time, to October 21, 2026, at 10:00 a.m. pacific standard time.

DATED: June 16, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA
93704.2225
559.244.7500

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE ON JUNE 30, 2026

2    CASE NO. 2:24-CV-00651-DC-SCR

Error! Unknown document property name.